JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MICHAEL T., | Case No. 2:23-cv-8732-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHELLE KING,[1] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order reversing Commissioner's Decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is **REVERSED**, and the matter is **REMANDED** to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 30, 2025

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.