# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Michael Trainer,<br><br>  Plaintiff,<br><br>  v.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>  Defendant. | Case No. 2:23-cv-08732-FMO-RAO<br><br>[PROPOSED] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND SEVENTY-SIX AND 43/100 ($6,076.43) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 5/2/2025

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE